

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr26 |
| | ) | |
| TRAZZONNA JACOBS, | ) | |
| | ) | |
| *Defendant.* | ) | |

## STATEMENT OF FACTS

If this matter had gone to trial, the United States would have proven Count Two contained in the criminal indictment beyond a reasonable doubt, by proof of the following facts, among others:

The defendant, TRAZZONNA JACOBS, worked for the United States Postal Service as a sales and service clerk since December 2013. JACOBS worked at the Bayside Post Office in Virginia Beach, Virginia, in the Eastern District of Virginia.

In July 2015, a postal customer complained of possible mail theft in the Virginia Beach area. Specifically, the postal customer had mailed a $100 gift card from Virginia Beach to Miami Beach, Florida. The gift card never arrived, however, the postal customer was able to determine that the gift card had been redeemed at a Virginia Beach Wal Mart and 7-Eleven location.

Based upon this information, the U.S. Postal Service Office of Inspector General commenced an investigation. Investigators contacted the Wal-Mart and 7-Eleven stores where the gift card was redeemed and obtained surveillance video footage from when the gift card was

TJ

redeemed. The video footage showed a woman wearing a U.S. Postal Service uniform, later identified as JACOBS, redeeming the gift card.

During the course of the investigation, another complaint of mail theft related to JACOBS was received by the Postal Service. In September 2015, a second postal customer attempted to mail $7,000 in cash to a friend overseas. The second postal customer had hidden the cash in a care package that included foodstuffs and other items. The cash itself was placed in a macaroni and cheese package. The second postal customer secured the package and brought it to the clerk at the Bayside Post Office to ship overseas. The second postal customer approached the mail clerk, TRAZZONNA JACOBS, and advised JACOBS that she had placed the $7,000 in the package. The second postal customer inquired with JACOBS if the money would be safe and JACOBS advised the customer that it would be but also advised her to purchase postal insurance. When the package arrived overseas, the macaroni and cheese package, as well as the $7,000 inside of it, had been stolen from the care package.

The recipient of the $7,000 immediately took the package to a local FBI agent who placed the package in an evidence bag and sent it back to the United States for processing. The box was received by the Postal Service and processed for fingerprints. JACOBS' prints were identified on the box. Importantly, JACOBS' fingerprints were discovered on the inside of the postal box. The postal customer placed the package in the mail only after it had already been sealed.

Armed with this information, investigators approached JACOBS and interviewed her. After being informed of her rights and agreeing to speak with the investigators, JACOBS admitted that she had been stealing gift cards and other items from the mail to pay bills and support her family. JACOBS also admitted to stealing the $7,000 from the care package.


TJ

Investigators asked for and received permission to search JACOBS' car where they found two more gift cards that JACOBS admitted she had stolen from the mail.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Joseph L. Kosky
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TRAZZONNA JACOBS and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
TRAZZONNA JACOBS
Defendant

I am Scott M. Lang, TRAZZONNA JACOBS' attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Scott M. Lang
Attorney for TRAZZONNA JACOBS